Motion Prepared and Submitted by the following **UNREPRESENTED DEBTOR**:

Name: Dennis James Porter

Address: 830 Locust

Montgomery City, MO 63361

Phone No.: 573-564-3818

RECEIVED + FILED
2010 APR 19 AM 10: 16
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST. LOUIS, MISSOURI - MR

**DENIED**

May 21, 2010

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri (Hannibal)

In re:

Dennis James Porter,

Debtor(s).

Bankruptcy Number 10-20080

Chapter 7

MOTION TO Vacate Order of Dismissal

The Debtor(s) hereby move(s) the Court for an Order to Vacate its Order of Dismissal,

for the following reasons:

1. The Court dismissed Debtor's Chapter 7 Case on March 19, 2010 because of an unpaid filing fee.

2. Debtor states that he had mailed the filing fee before March 19, 2010 and it was received by the Court on March 22, 2010.

3. Debtor request that the Court Vacate its Order as the failure to pay the fee was unintentional and the deficiency was corrected on March 22, 2010.

Dated this 14 day of April, 20 10.

*Dennis Porter*
Unrepresented Debtor

Notice of Hearing Prepared and Submitted by the following **UNREPRESENTED DEBTOR**:

Name: Dennis James Porter

Address: 830 Locust

Montgomery City, MO 63361

Phone No.: 573-564-3818

RECEIVED + FILED
2010 APR 19 AM 10: 16
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST. LOUIS, MISSOURI - MR

## IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri (Hannibal)

In re:

Dennis James Porter,

Debtor(s).

Bankruptcy Number 10-20080

Chapter 7

### NOTICE OF HEARING

Notice is hereby given that Debtor'(s) attached Motion shall be heard on 5/20 at 11:30 before the Honorable _____ at Hannibal Court house.

Dated this 14 day of April, 20__.

_____
Unrepresented Debtor

Certificate of Service:

I certify that on April 1̲4̲ 2010, I mailed a copy of the foregoing Motion and Notice of Hearing to the following parties:

All parties on the attached mailing matrix.

Fredrich J. Cruse  The Cruse Law Firm

PO Box 914

Hannibal, MO 63401
Trustee


U.S. Trustee

111 South Tenth Street , Suite 6353

St. Louis, MO 63102
United States Trustee

_____
Unrepresented Debtor